IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELO ORTIZ,

      Plaintiff,

v.                                   No. 1:17-cv-577-WJ-KRS

MIDFIRST BANK,

      Defendant.

## ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** comes before the Court upon the parties' Stipulated Motion for Extension of Deadlines [Doc. No. 25], filed October 24, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order [Doc. No. 12], entered July 5, 2017, shall remain in full force and effect, subject only to the following modifications:

1. Discovery shall terminate on **January 4, 2018**.

2. The deadline to file motions to compel discovery shall be **January 18, 2018**.

3. The deadline to file any other motions shall be **February 5, 2018**.

4. The pretrial order deadline shall be **March 6, 2018**, for Plaintiff, and **March 13, 2018**, for Defendant.

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE